NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**HENRY F. RATLIFF,**
*Claimant-Appellant*

**v.**

**DENIS MCDONOUGH, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee*

---

2021-1618

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 19-6568, Judge Joseph L. Toth.

---

Decided:  February 18, 2022

---

MEGHAN GENTILE, Veterans Legal Advocacy Group, Arlington, VA, argued for claimant-appellant.  Also represented by HAROLD HAMILTON HOFFMAN, III.

SARAH E. KRAMER, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for respondent-appellee.  Also represented by BRIAN M. BOYNTON, ERIC P. BRUSKIN, MARTIN F. HOCKEY, JR.; EVAN SCOTT GRANT, Y. KEN LEE, Office of

General Counsel, United States Department of Veterans Affairs, Washington, DC.

————————————————

Before HUGHES, MAYER, and STOLL, *Circuit Judges.*

PER CURIAM.

Henry Ratliff appeals a decision of the Court of Appeals for Veterans Claims. The Veterans Court affirmed a decision of the Board of Veterans' Appeals, denying Mr. Ratliff's claims for disability compensation due to tinnitus. On appeal, Mr. Ratliff argues that the Veterans Court misapplied its own precedent regarding credibility determinations and erred in making its harmless error determination. Because Mr. Ratliff's arguments both involve an application of law to fact, they are beyond our jurisdiction to consider. 38 U.S.C. § 7292(d)(2); *King v. Shinseki*, 700 F.3d 1339, 1345–46 (Fed. Cir. 2012). Accordingly, we dismiss this appeal for lack of jurisdiction.

**DISMISSED**

No costs.